IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TYLER MILLER and
MILLER 3, LLC,

    Plaintiffs,

vs.                                No. 2:12-cv-00789 MCA/CG

ALFREDO VILLALOBOS and
RWI CONSTRUCTION, INC.,

    Defendants.

## STIPULATION OF DISMISSAL

COME NOW the parties to the above-styled and numbered cause of action, by and through their attorneys of record, and stipulate and agree, pursuant to Rule 41 (a)(1), that this cause of action may be dismissed with prejudice.

                                             Respectfully submitted:

                                             POTTS & ASSOCIATES

                                             By: _____
                                             Amy L. Glasser
                                             6001 Indian School Rd. NE, Suite 100
                                             Albuquerque, NM 87110
                                             (505) 889-5252
                                             *Attorney for Defendants*

                                             BREGMAN & LOMAN

                                             By: _____
                                             Eric Loman
                                             111 Lomas Blvd. NW, Suite 230
                                             Albuquerque, NM 87102
                                             (505) 761-5700
                                             *Attorneys for Plaintiff*

GARRET LAW CENTER, PLLC

By: _____
Amber Garrett
David M. Garrett
401 S. Boston Ave., Suite 2201
Tulsa, OK 74101-1349
(918) 895-7216